UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
BIOREFERENCE HEALTH, LLC,

                              Plaintiff,            Case No. 1:22-cv-06615-RPK-SJB

      - against -

BROOKLYN UNITED METHODIST CHURCH
HOME,

                            Defendant.
----------------------------------------------------------------- x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for Plaintiff BioReference Health, LLC and Defendant Brooklyn United Methodist Church Home, that any and all claims asserted in the above-captioned action shall be and are hereby dismissed with prejudice pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and without costs, disbursements or fees to any party.

Dated: May 5, 2023
        New York, New York

| SCHWARTZ SLADKUS REICH GREENBERG ATLAS LLP | FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP |
|---|---|
|   */s/ Michael S. Beck*   |   */s/ Priyanka Wityk*   |
| Ethan A. Kobre | Eric Corngold (ecorngold@fklaw.com) |
| Michael S. Beck | Priyanka Wityk (pwityk@fklaw.com) |
| 444 Madison Avenue, 6th Floor | Jacob Lewis (jlewis@fklaw.com) |
| New York, New York 10022 | 7 Times Square |
| Tel.: (212) 743-7000 | New York, NY 10036-6516 |
| Fax: (212) 743-7001 | (212) 833-1100 |
| Email: ekobre@ssrga.com | |
| Email: mbeck@ssrga.com | *Attorneys for Plaintiff* |
| | *BioReference Health, LLC* |
| *Attorneys for Defendant* | |
| *Brooklyn United Methodist Church Home* | |